IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN KISTLER,

    Plaintiff,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

3:15-CV-00044
(Judge Mariani)

## ORDER

AND NOW, THIS 21st DAY OF SEPTEMBER, 2015, IT IS HEREBY ORDERED THAT:

1. Defendant's Rule 12(b)(6) Motion to Dismiss (Doc. 3) is **DENIED**.

2. The action is **DISMISSED** under Rule 12(b)(1) for lack of subject matter jurisdiction.

3. The action is **REMANDED** to the Lackawanna County Court of Common Pleas.

Robert D. Mariani
United States District Judge